**Andrew SAPIEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77524**

Missouri Court of Appeals,
Western District.

October 6, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 24, 2015

Application for Transfer Denied
January 26, 2016

S. Kate Webber, Kansas City, MO, Counsel for Appellant.

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

**ORDER**

Per Curiam:

Mr. Andrew Sapien appeals from a judgment denying a Rule 29.15 postconviction motion.

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed. Rule 84.16(b).